UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONICA E. VORDER LANDWEHR,

        Plaintiff,

                                       Civil No. 07-178-HA

       v.

                                       JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

       Based on the record,

        IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying plaintiff's application for benefits is AFFIRMED.

        Dated this   27   of August, 2008.

                                                /s/ ANCER L. HAGGERTY
                                              ANCER L. HAGGERTY
                                          UNITED STATES DISTRICT COURT